```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KLEY and TIFFANY LUCAS          :        CIVIL ACTION
                                :
          v.                    :
                                :
DYLAN AVIATION, LLC, et al.     :        NO. 09-cv-2889-JF
```

ORDER

AND NOW, this 24th day of March 2010, upon consideration of Plaintiffs' Motion to Remand, and Defendants' responses thereto, and after oral argument, IT IS ORDERED:

That Plaintiffs' motion is GRANTED. The Clerk of Court is directed to remand this civil action to the Court of Common Pleas, Philadelphia County, May Term 2009, No. 003937, for all further proceedings.

                              BY THE COURT:


                              /s/ John P. Fullam
                              John P. Fullam, Sr. J.